FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

Mary Calverson

        Defendant.

Case No.: 15-167-AB

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of California__ for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [✓] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __the nature of the violations as well as the lack of any sureties.__

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's drug problems as shown by the positive drug tests and failure to appear for the required drug testing.

IT THEREFORE IS ORDERED that the defendant be detained without prejudice pending the further revocation proceedings.

Dated: June 5, 2015

Carla M. Woehrle

CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE